IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Anna Peppers-Moss,

        Plaintiff                    Civil Action 2:10-cv-1054

v.                                    Judge Watson

Michael J. Astrue, Commissioner
of Social Security,                Magistrate Judge Abel

        Defendant

## ORDER

This matter is before the Court on Magistrate Judge Abel's October 3, 2011 Report and Recommendation. No objections have been filed to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation. Plaintiff's motion for summary judgment is **DENIED**. Defendant's motion for summary judgment is **GRANTED**. The decision of the Commissioner of Social Security is **AFFIRMED**. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendant.

This action is hereby **DISMISSED**.

IT IS SO ORDERED.

                                                /s/ Michael H. Watson
                                                MICHAEL H. WATSON, JUDGE
                                                UNITED STATES DISTRICT COURT