IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Anna Peppers-Moss,

    Plaintiff

v.

Michael J. Astrue, Commissioner
of Social Security,

    Defendant

Civil Action 2:10-cv-1054

Judge Watson

Magistrate Judge Abel

## ORDER

This matter is before the Court on Magistrate Judge Abel's October 3, 2011 Report and Recommendation. No objections have been filed to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation. Plaintiff's motion for summary judgment is **DENIED**. Defendant's motion for summary judgment is **GRANTED**. The decision of the Commissioner of Social Security is **AFFIRMED**. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendant. This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT